UNITED STATES of America, Plaintiff–Appellee,

v.

James Eugene SMALLWOOD, Defendant–Appellant.

No. 92–50695.

United States Court of Appeals, Ninth Circuit.

March 30, 1994.

Before: NORRIS, WIGGINS, and O'SCANNLAIN, Circuit Judges.

We recall the mandate in this case and withdraw the opinion published at 3 F.3d 1217 (9th Cir.1993).

So ordered.